UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA JOHNSON,

                Plaintiff,

v.

WASHINGTON DOT, et al.,

                Defendants.

CASE NO. C19-0862-RSM

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff submitted a deficient application to proceed *in forma pauperis* (IFP). (Dkt. 1.) She failed to complete, sign, and date the Written Consent for Payment of Costs portion of the form or to provide complete and detailed information as to how she meets basic monthly expenses, including food and shelter. Plaintiff must submit a revised IFP within **twenty (20) days** of the date below. Failure to comply may result in denial of IFP and/or dismissal.

DATED this 13th day of June, 2019.

                                  WILLIAM M. MCCOOL, Clerk

                              By:   s/ Paula McNabb
                                      Deputy Clerk