UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA JOHNSON, | CASE NO. C19-862 RSM |
| Plaintiff, | ORDER DENYING EMERGENCY MOTION FOR RECONSIDERATION |
| v. | |
| WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Emergency Motion Reconsideration of Entry of Default. Dkt. #17. Plaintiff's Motion follows the Court's Order denying Plaintiff's motion for entry of default. Dkt. #16. That Order was premised on Plaintiff's failure to demonstrate that she had served Defendants in accordance with the requirements of Federal Rule of Civil Procedure 4. *Id.* at 2–3. The Court does not find a basis for reconsideration.

"Motions for reconsideration are disfavored." LCR 7(h)(1). Consequently, the Court will "ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." *Id.* Plaintiff's Motion shows neither.

The Court struggles to follow Plaintiff's Motion, but it appears to primarily express Plaintiff's disagreement with the Court's Order. Plaintiff does not, however, point to any

ORDER – 1

authority demonstrating manifest error with the Court's ruling. Plaintiff also does not point to any new facts or legal authority that "could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1).

Accordingly, and having considered Plaintiff's Motion and the record herein, the Court finds and ORDERS that Plaintiff's Emergency Motion Reconsideration of Entry of Default (Dkt. #17) is DENIED.

Dated this 14th day of August 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2